Richard K. Diamond (Tr), TRUSTEE (State Bar No. 070634)
jvidaurri@dgdk.com
1900 Avenue Of The Stars, Eleventh Floor
Los Angeles, CA  90067-4402
Telephone:    (310) 201-2482
Facsimile:    (310) 277-5735

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In Re: | Case No.: 2:14-bk-16532-XXX |
|---|---|
| Ruben Enrique Robles | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a); F.R.B.P. 2003(e)] |
| Debtor(s) | |

COUNSEL: TYSON TAKEUCHI
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 05/27/14 at 02:30 PM at 915 Wilshire Blvd, 10th Floor, Rm 2, Los Angeles, Ca 90017, for the reason set forth below:

☒ You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, a motion to dismiss your case may be filed by the trustee.

Dated:  May 14, 2014                          /s/ Richard K. Diamond (Tr)
                                              Richard K. Diamond (Tr), TRUSTEE

# PROOF OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue Of The Stars, Eleventh Floor, Los Angeles, CA  90067-4402.

On May 14, 2014, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

Ruben Enrique Robles
5813 Abernathy Dr
Westchester, CA  90045


TYSON TAKEUCHI
1100 WILSHIRE BLVD, SUITE #2606
LOS ANGELES, CA 90017


☒ **BY MAIL**
☒ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  Executed on May 14, 2014, at Los Angeles, California.
☐ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

        /s/ Joe Vidaurri
        Joe Vidaurri